UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY -1 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:19cr27 IMK MJA |
| SCOTT D. TINGLER | Violations: 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(B)(1)(C) |
| | 21 U.S.C. § 846 |
| | 26 U.S.C. § 7206(1) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Conspiracy to Distribute Controlled Substances
Outside the Bounds of Professional Medical Practice)

Between in or about 2014, through at least in or about August 14, 2018, in Monongalia County, within the Northern Judicial District of West Virginia and elsewhere, the defendant **SCOTT D. TINGLER** did knowingly, intentionally and unlawfully combine, conspire, confederate, agree and have a tacit understanding with persons known and unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a). It was a purpose and object of the conspiracy to distribute a quantity of oxycodone, a Schedule II controlled substance, without legitimate medical purpose and outside the usual course of professional practice, all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO
(False Tax Return)

On or about April 10, 2015, within the Northern District of West Virginia, the defendant **SCOTT D. TINGLER** did willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2014, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent Form 1040 U.S. Individual Income Tax Return, which was submitted to the Internal Revenue Service. On that tax return, the defendant **SCOTT D. TINGLER** reported and caused to be reported that his taxable income for the calendar year 2014 was negative $44,402.00 and that the amount of tax due and owing was $0.00. In fact, as the defendant **SCOTT D. TINGLER** knew, his taxable income for the calendar year 2014 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE ALLEGATION
(Controlled Substance Act)

1. Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 846, the government will seek the forfeiture of property as part of the sentence imposed in this case, that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, and a money judgment in the amount of at least $1,845,000.00, and one 2016 GMC Sierra 3500HD.

2. Pursuant to Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).

WILLIAM J. POWELL
United States Attorney

Sarah E. Wagner
Assistant United States Attorney